# United States District Court
# For The Western District of North Carolina
# Statesville Division

DARIN C. SIMPSON,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                       CASE NO. 5:08CV75-1-MU

COY REID, ET AL.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 28, 2008, Order.

                                              Signed: July 28, 2008

                                              Frank G. Johns, Clerk
                                              United States District Court